[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-15260
Non-Argument Calendar
_____

D.C. Docket No. 0:12-cr-60148-WJZ-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT PAUL MCRAY,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(July 16, 2013)

Before BARKETT, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Sheryl J. Lowenthal, appointed counsel for Robert Paul McRay in this direct

criminal appeal, has moved to withdraw from further representation of the appellant

and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396,

18 L.Ed.2d 493 (1967).   Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McRay's conviction and sentence are **AFFIRMED**.